UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80123-CR-Cannon/Reinhart

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

v.

JAVIER HUMBERTO CRUZ-MENA,

Defendant.
_____/

FILED BY SP D.C.

AUG 11 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

On or about August 3, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**JAVIER HUMBERTO CRUZ-MENA,**

an alien, having previously been removed from the United States on or about June 10, 2014 and December 3, 2021, was found in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_Anthony W. Lacosta_ for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_Susan Osb_
SUSAN OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 22-80123-CR-Cannon/Reinhart

v.

JAVIER HUMBERTO CRUZ-MENA,

_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ■ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __Yes__
   List language and/or dialect: __Spanish__

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ■ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ■ Felony

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) __No__
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of __N/A__

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) __No__

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) __No__

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) __No__

By: _____[signature: Susan Osb]_____

SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JAVIER HUMBERTO CRUZ-MENA

**Case No**: 22-80123-CR-Cannon/Reinhart

Count #: 1

Illegal re-entry after deportation

Title 8, United States Code, Section 1326(a)
* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $250,000, and a $100 special assessment upon conviction**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.